312 F.2d 741
 Joseph Robert CRAWFORD, Appellant,
v.
Albert M. MIZE.
 No. 17246.
 United States Court of Appeals Eighth Circuit.
 Jan. 14, 1963.
 
 Shrout & Foley, Omaha, Neb., and Robert Dippel, Council Bluffs, Iowa, for appellant.
 Donald P. Baird, Council Bluffs, Iowa, Richard T. Churchill and L. R. Brodkey, Omaha, Neb., for appellee.
 PER CURIAM.
 
 
 1
 Appeal docketed and dismissed at cost of appellant on motion of appellee and memorandum brief in support, etc.